IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN DIXON                                                                    PLAINTIFF

v.                      Case No. 4:11-CV-04015

SHERIFF RON STOVALL; CAPTAIN
HARTLINE; CAPTAIN HEINTZLMAN;
SGT. GILES; SGT. BAYLESS; CORPORAL
LAFAYETTE; JAILER ADAMS; JAILER
S. SMITH; JAILER SHIVERS; SGT. RAGGS;
and NURSE CRANFORD, Correctional
Healthcare Management, Inc.                          DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 44) filed in this case on September 14, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's claims against Separate Defendant Sgt. Raggs are **DISMISSED**.

IT IS SO ORDERED this 20th day of October, 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE